UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

EMMETT SPOONER

CRIMINAL ACTION

NO. 00-145-JJB-DLD

## RULING

The court has carefully considered defendant's motion to vacate, the government's opposition thereto, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated July 20, 2009 (doc. no. 289).  Mr. Spooner has filed an objection to the Report, which essentially makes the same arguments.

Contrary to the assertions made by Mr. Spooner in his objection, there is clearly no need for an evidentiary hearing. The court finds that the Report provides a very thorough and well-reasoned analysis of the multitude of claims made by Mr. Spooner.  The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's motion to vacate is hereby DENIED.

Baton Rouge, Louisiana, this 14th day of August, 2009.

JAMES J. BRADY
DISTRICT JUDGE